**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEFFANI PRATICO, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 17-cv-00899 |
| v. ) ) | Hon. Robert M. Dow, Jr. |
| VITAMIN SHOPPE, INC., ) a Delaware corporation, ) ) | |
| Defendant. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiff Steffani Pratico and Defendant Vitamin Shoppe, Inc., through undersigned counsel, that this action is dismissed with prejudice as to the named Plaintiff Steffani Pratico, and without prejudice as to all members of the alleged putative class, with all parties to bear their own costs and fees, including but not limited to attorneys' fees. In light of this filing, the parties respectfully request that the Court strike all pending case deadlines and the June 7, 2017 hearing.

STIPULATED AND AGREED:

| | |
|---|---|
| CHICAGO, ILLINOIS<br>MAY 17, 2017 | WASHINGTON, DC<br>MAY 17, 2017 |
| By: /s/ Michael L. Silverman<br>　　　Michael L. Silverman | By: /s/ Ryan P. Phair<br>　　　Ryan P. Phair |
| Michael L. Silverman<br>*msilverman@brunolawus.com*<br>**THE BRUNO FIRM**<br>900 West Jackson Boulevard<br>Suite 4E<br>Chicago, Illinois 60607<br>Phone: 773.969.6160 | Ryan P. Phair<br>*rphair@hunton.com*<br>**HUNTON & WILLIAMS LLP**<br>2200 Pennsylvania Ave., NW<br>Washington, DC 20037<br>Phone: 202.955.1921 |
| *Counsel for Plaintiff<br>and the Proposed Classes* | *Counsel for Defendant Vitamin Shoppe, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing **Stipulation of Voluntary Dismissal** was filed electronically with the Clerk of the Court using the CM/ECF filing system on this 17th day of May 2017 and was served electronically on all counsel of record.

/s/ Michael L. Silverman