## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Steffani Pratico

                        Plaintiff,

v.                                                    Case No.: 1:17–cv–00899
                                                             Honorable Robert M. Dow Jr.

Vitamin Shoppe, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the stipulation of voluntary dismissal [20] filed on 5/17/2017, this action is dismissed with prejudice as to the named Plaintiff Steffani Pratico, and without prejudice as to all members of the alleged putative class, with all parties to bear their own costs and fees, including but not limited to attorneys' fees. Status hearing set for 6/7/2017 is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.